United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED TIMMER,<br>Plaintiff,<br>v.<br>NEWS NATION NETWORK PVT. LTD.,<br>Defendant. | Case No. 25-cv-01547-SI<br><br>**ORDER REOPENING CASE AND GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER AUTHORIZING ALTERNATIVE MEANS OF SERVICE**<br><br>Re: Dkt. No. 30 |

This case was administratively closed while plaintiff attempted to serve defendant pursuant to the Hague Convention. Plaintiff has filed a renewed ex parte application for leave to effect service of process on defendant through alternative means. Plaintiff has submitted documentation showing that the efforts to serve defendant pursuant to the Hague Convention have been unsuccessful because, *inter alia*, defendant has refused to accept service.

The Court directs the Clerk to reopen this case. The Court finds that under the circumstances of this case, alternative service is appropriate and thus GRANTS plaintiff's ex parte application. Plaintiff may serve the Summons, First Amended Complaint, and a copy of this Order upon defendant by transmitting these documents to the following email addresses:

a. tushar.jain@newsnation.in;

b. reena.kaushik@newsnation.in;

c. it@newsnation.in; and

d. info@newsnation.in.

United States District Court
Northern District of California

Service shall be deemed proper and complete upon a successful transmittal of legal process to the above email addresses.

**IT IS SO ORDERED**.

Dated: November 6, 2026

SUSAN ILLSTON
United States District Judge